**FILED**
September 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>            Plaintiff,                         )<br>v.                                                 )<br>                                                    )<br>DIANNA WOODS,                         )<br>                                                    )<br>            Defendant.                    ) | CASE NUMBER: 2:12-cr-00330-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Dianna Woods</u>; Case <u>2:12-cr-00330-GEB</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $50,000.00; co-signed by Narcisso Ortiz

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at   <u>Sacramento, CA</u>   on   <u>9/20/2012</u>   at   $2^{20}$ pm.

By _____
Kendall J. Newman
United States Magistrate Judge