Kathryn Kohlman Druliner SBN 148913
5150 Fair Oaks Blvd. #101-152
Carmichael, California   95608
916-612-1285
kathryndruliner@gmail.com

The United States of California

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>          Plaintiff,         )<br>                              )<br>     VS.                      )<br>                              )<br>                              )<br>                              )  STIPULATION<br>                              )  FOR CONTINUANCE<br>DIANNA WOODS,                 )  CASE: CR-S-12-330<br>                              )<br>          Defendant           )<br>                              )<br>============================= ) | |

    Defendant, Dianna Woods, by and through her counsel of record, and Plaintiff, by and through its counsel of record, hereby stipulate as follows:

    1. By previous order this matter was set for October 22, 2012;

    2. By this stipulation, defendant now moves to continue the status conference until December 17, 2012 and to exclude time between October 22, 2012 and December 17, 2012 under Local Code T4 and Local Code T2.  Plaintiff does not oppose this request.

    3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case include approximately 1.6 gigabytes of investigative reports and related documents in PDF format totaling more than 15,000 pages.  All of this discovery has either been produced directly to counsel and/ore made available for inspection and copying.

Stipulation

1

  b. By order of the Court, this case was related to three other cases Cr. S- 12-327, 12-328 and 12-329. In total the cases have nine defendants and concern allegations of mortgage fraud associated with at least nineteen properties. Given the amount of discovery, the number of defendants, and the nature of the charges, counsel for the defendants and the plaintiff believe this case is complex under 18 U.S.C.§ 3161(h)(7)(B)(ii)[Local Code T2].

  c. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation do research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with her client, and to prepare pretrial motions;

  d. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act;

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of October 2012 to December 17, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

  This time period is also deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(9)(ii)[Local Code T2].

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within

Stipulation

2

which a trial must commence.

**IT IS SO STIPULATED**

Dated: October 18, 2012			/s/
					Lee Bickley
					Assistant United States Attorney


Dated: October 18, 2012			/s/
					Kathryn Kohlman Druliner
					Attorney for Dianna Woods


**ORDER**

IT IS SO FOUND AND ORDER this 22nd Day of October, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation

3