1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00330 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. |  |
| DIANA WOODS, |  |
| Defendant. |  |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Diana Woods, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 2, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 27, 2014 at 9:30 a.m. and to exclude time between December 2, 2013 and January 27, 2014 under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000 pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

Stipulation for Continuance of Status Hearing and for   1
Exclusion of Time

1	b.	Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions, to prepare pretrial motions and otherwise prepare for trial.

	c.	Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

	d.	The United States does not object to the continuance.

	e.	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

	f.	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2013 to January 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///

Stipulation for Continuance of Status Hearing and for Exclusion of Time                2

1      IT IS SO STIPULATED.

2  DATED: November 21, 2013                BENJAMIN B. WAGNER
                                                   United States Attorney

4                                                    */s/ Todd A. Pickles*
                                                   TODD A. PICKLES
                                                 LEE S. BICKLEY
                                                 Assistant United States Attorney

6                                                  For the UNITED STATES OF AMERICA

8  DATED: November 21, 2013                */s/ Todd A. Pickles for*
                                                   KATHRYN DRULINER, ESQ.

9                                                  For defendant DIANA WOODS

## O R D E R

IT IS SO FOUND AND ORDERED.

Dated:  November 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for Continuance of Status Hearing and for Exclusion of Time      3