1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:12-CR-00330 WBS
12 |              Plaintiff,          | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |         v.                       | [PROPOSED] FINDINGS AND ORDER
14 | DIANA WOODS,                     |
15 |              Defendant.          |

16

17                      **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant Diana

19 Woods, by and through her counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for status on January 27, 2014.

21     2.   By this stipulation, defendant now moves to continue the status conference until April 14,

22 2014 and to exclude time between January 27, 2014 and April 14, 2014 under Local Code T4.  The

23 United States does not oppose this request.

24     3.   The parties agree and stipulate, and request that the Court find the following:

25          a.   The United States has represented that the discovery associated with this case

26 includes investigative reports and related documents in electronic form, including approximately 40,000

27 pages of discovery.  All of this discovery has been either produced directly to counsel and/or made

28 available for inspection and copying.

Stipulation for Continuance of Status Hearing and for         1
Exclusion of Time

1          b.      Counsel for defendant desires additional time to consult with her client, to review
2 the current charges, to conduct investigation and research related to the charges, to review and copy
3 discovery for this matter, to discuss potential resolutions, to prepare pretrial motions and otherwise
4 prepare for trial.
5          c.      Counsel for defendant believes that failure to grant the above-requested
6 continuance would deny her the reasonable time necessary for effective preparation, taking into account
7 the exercise of due diligence.
8          d.      The United States does not object to the continuance.
9          e.      Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the original date
11 prescribed by the Speedy Trial Act.
12          f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of January 27, 2014 to April 14, 2014,
14 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
15 results from a continuance granted by the Court at defendant's request on the basis of the Court's
16 finding that the ends of justice served by taking such action outweigh the best interest of the public and
17 the defendant in a speedy trial.
18    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the
19 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
20 must commence.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Stipulation for Continuance of Status Hearing and for     2
Exclusion of Time

1     IT IS SO STIPULATED.

2   DATED: January 22, 2014                       BENJAMIN B. WAGNER
                                               United States Attorney

                                             */s/ Todd A. Pickles*
                                             TODD A. PICKLES
                                             LEE S. BICKLEY
                                             Assistant United States Attorney

                                             For the UNITED STATES OF AMERICA

DATED: January 22, 2014                       */s/ Todd A. Pickles for*
                                             KATHRYN DRULINER, ESQ.

                                             For defendant DIANA WOODS

**O R D E R**

    IT IS SO FOUND AND ORDERED.

**DATED:  JANUARY 24, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE