1  BENJAMIN B. WAGNER
United States Attorney
2  TODD A. PICKLES
LEE S. BICKLEY
3  Assistant United States Attorneys
501 I Street, Suite 10-100
4  Sacramento, CA  95814
Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:12-CR-00330 WBS

12                       Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                       [PROPOSED] FINDINGS AND ORDER

14  DIANA WOODS,

15                       Defendant.

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant Diana

19  Woods, by and through her counsel of record, hereby stipulate as follows:

20        1.      This matter was previously set for trial to commence on January 15, 2015, with time

21  excluded under the Speedy Trial Act through that date.

22        2.      On October 14, 2014, the parties appeared before the Court on the defendant's motion to

23  vacate the trial date.  The United States did not oppose.  The Court granted the defendant's motion to

24  vacate the trial date and the matter was set for a status regarding a new trial date on October 27, 2014.

25        3.      By this stipulation, defendant now moves to vacate the status conference set for October

26  27, 2014, and to set the matter for trial on June 23, 2015, at 9:00 a.m., with a trial confirmation hearing

27  set for June 1, 2015, at 9:30 a.m., and to exclude time between January 15, 2015 and June 23, 2015

28  under Local Code T4.  The United States does not oppose this request.

Stipulation for Continuance of Status Hearing and for            1
 Exclusion of Time

3.    The parties agree and stipulate, and request that the Court find the following:

a.    The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000 pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.    As noted, the Court previously vacated the trial date of January 15, 2015 based on the representations by defense counsel that she must attend to personal matters and will be unavailable for trial in January 2015.  The defense counsel has represented to the United States, and through this stipulation to the Court, that because of the personal matters which she has previously disclosed to the Court in her declaration filed with this Court in support of the motion to vacate the trial date and on the record at the hearing on the motion on October 14, 2014, she will not be ready to try the case until June 2015.

c.    Counsel for the defendant has further represented that she is attempting to locate and retain an expert on issues relating to her defense and has not yet secured the expert.  Further, she represents that she continues to prepare the matter for trial but with the limitations due to personal matters as previously explained.

d.    Counsel for defendant believes that failure to grant the above-requested trial date of June 23, 2015 would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.    The United States does not object to setting the trial date of June 23, 2015.

f.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 15, 2015 to June 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and

Stipulation for Continuance of Status Hearing and for
Exclusion of Time

2

1  the defendant in a speedy trial.

2      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4  must commence.

5

6      IT IS SO STIPULATED.

7  DATED: October 24, 2014                BENJAMIN B. WAGNER
                                          United States Attorney
8
                                          */s/ Todd A. Pickles*
9                                         TODD A. PICKLES
                                          LEE S. BICKLEY
10                                        Assistant United States Attorney

11                                        For the UNITED STATES OF AMERICA

12
   DATED: October 24, 2014                */s/ Todd A. Pickles for*
13                                        KATHRYN DRULINER, ESQ.

14                                        For defendant DIANA WOODS

15

16                        **O R D E R**

17

18      IT IS SO FOUND AND ORDERED.

19  Dated:  October 24, 2014

20                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stipulation for Continuance of Status Hearing and for          3
Exclusion of Time