BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00330 WBS |
| Plaintiff, | STIPULATION REGARDING HEARING ON MOTION FOR BILL OF PARTICULARS |
| v. | |
| DIANA WOODS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Diana Woods, by and through her counsel of record, hereby stipulate as follows:

1.      This matter is currently set for a hearing on defendant's bill of particulars [Dckt. No. 39] on December 31, 2014 at 11:00 a.m. before the Honorable Dale A. Drozd.

2.      Due to the undersigned Assistant United States Attorney's unavailability for that date, counsel for the defendant has graciously agreed to have the hearing on the defendant's motion occur on January 8, 2015.

3.      Therefore, the parties respectfully request that the hearing on defendant's motion for a bill of particulars be continued to January 8, 2015 at 2:00 p.m.

1    IT IS SO STIPULATED.

2    DATED: December 22, 2014                BENJAMIN B. WAGNER
                                             United States Attorney
3

4                                            */s/ Todd A. Pickles*
                                             TODD A. PICKLES
5                                            LEE S. BICKLEY
                                             Assistant United States Attorney
6
                                             For the UNITED STATES OF AMERICA
7

8    DATED: December 22, 2014                */s/ Todd A. Pickles for*
                                             KATHRYN DRULINER, ESQ.
9
                                             For defendant DIANA WOODS
10

11

12                              **[PROPOSED] O R D E R**

13        For the reasons stated in the parties' stipulation and for good cause showing, the Court hereby

14   ADOPTS the parties' stipulation.  Accordingly, IT IS HEREBY ORDERED THAT the hearing on

15   defendant's motion for a bill of particulars is CONTINUED to January 8, 2015 at 2:00 p.m.

16        IT IS SO ORDERED.

17   Dated:  December 22, 2014

18

19   Dad1.crim
     12cr330.WoodsStiptoCont.
20

21

22

23

24

25

26

27

28

Stipulation for Continuance of Hearing on                    2
Defendant's Motion for Bill of Particulars