1  BENJAMIN B. WAGNER
United States Attorney
2  TODD A. PICKLES
ROGER YANG
3  Assistant United States Attorneys
501 I Street, Suite 10-100
4  Sacramento, CA 95814
Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6
Attorneys for Plaintiff
7  United States of America

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO.  2:12-CR-00330 WBS

12                              Plaintiff,       STIPULATION AND ~~PROPOSED~~ ORDER TO
                                                 TAKE THE DEPOSITION OF HOWARD WING
13                 v.

14  DIANA WOODS,

15                              Defendant.

16

17                              **STIPULATION**

18        The United States of America, through the undersigned Assistant United States Attorney, and

19  defendant Diana Woods, through her undersigned counsel of record, hereby agree and stipulate to the

20  following.

21        1.        This matter is currently set for trial on November 10, 2015.

22        2.        Counsel for Ms. Woods has previously indicated that Ms. Woods may seek a continuance

23  of the trial date beyond November 10, 2015.

24        3.        Counts 4 and 5 of the Indictment charge Ms. Woods with mail fraud and Counts 9 and 10

25  charge Ms. Woods with making a false statement in a loan application all in relation to the purchase of

26  two properties by Howard Wing.

27        4.        On September 9, 2015, counsel for the United States was informed by counsel for Mr.

28  Wing that Mr. Wing has a serious medical condition that will very likely affect his ability to travel or to

STIPULATION AND PROPOSED ORDER TO                    1
TAKE DEPOSITION OF HOWARD WING

testify at a trial in this case on November 10, 2015 or thereafter.

5.    The parties therefore agree that there are exception circumstances and it is in the interests of justice to permit the taking of Mr. Wing's deposition to preserve his testimony for trial pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure.

6.    The parties further respectfully request the Court's consent, pursuant to Rule 15(h), to take the deposition of Mr. Wing.

7.    Nothing in the stipulation waives any parties' right to object to the admissibility of Mr. Wing's testimony at trial on any ground, including Mr. Wing's availability to testify at trial.

IT IS SO STIPULATED.

DATED: September 10, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Todd A. Pickles*
                                             TODD A. PICKLES
                                             ROGER YANG
                                             Assistant United States Attorney

                                             For the UNITED STATES OF AMERICA


DATED: September 10, 2015                    */s/ Todd A. Pickles for*
                                             MICHAEL HANSEN, ESQ.

                                             For defendant DIANA WOODS

STIPULATION AND PROPOSED ORDER TO              2
TAKE DEPOSITION OF HOWARD WING

1

**ORDER**

2      The Court hereby ADOPTS the parties' stipulation.  Accordingly, pursuant to Rules 15(a)(1) and

3  15(h) of the Federal Rules of Criminal Procedure, the Court hereby permits the parties to take the

4  deposition of Howard Wing in the manner permitted under Rule 15.

5      IT IS SO ORDERED.

6

Dated:  September 10, 2015

7

8  _____
   WILLIAM B. SHUBB
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28