```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00330 WBS |
|---|---|
| Plaintiff, | REQUEST TO DISMISS COUNTS 3 AND 8 OF THE INDICTMETN; AND [~~PROPOSED~~] ORDER |
| v. | |
| DIANNA WOODS, | |
| Defendant. | |

In the interests of justice, the United States of America, through Assistant United States Attorneys Todd A. Pickles and Shelley D. Weger, hereby requests to dismiss Counts 3 and 8 of the Indictment.

                                                              Respectfully submitted,

DATED: February 22, 2016              BENJAMIN B. WAGNER
                                                              United States Attorney

                                                              */s/ Todd A. Pickles*
                                                              TODD A. PICKLES
                                                              SHELLEY D. WEGER
                                                              Assistant United States Attorney

                                                              For the UNITED STATES OF AMERICA

ORDER

This matter came before the Court on the United States's request to dismiss Counts 3 and 8 of the Indictment in the interests of justice. The Court hereby ORDERS that Counts 3 and 8 of the Indictment are DISMISSED.

IT IS SO ORDERED.

Dated:  February 23, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE