UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:12-CR-0330 WBS |
| Plaintiff, | |
| v. | **ORDER GRANTING MISTRIAL** |
| DIANNA WOODS, | |
| Defendant. | |

----oo0oo----

      For the reasons and upon the grounds asserted in defense counsel's oral motion for mistrial, good cause having been shown, defendant's motion for mistrial is GRANTED.  The court declares a mistrial, and the matter is set for status conference on at 9:00 a.m. on April 11, 2016.

      IT IS SO ORDERED.

Dated:  March 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1