1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | TODD A. PICKLES
SHELLEY D. WEGER
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00330 WBS |
|---|---|
| Plaintiff, | REQUEST TO DISMISS COUNTS 1,2,4 AND 5 OF THE INDICTMENT; AND ORDER |
| v. | |
| DIANNA WOODS, | |
| Defendant. | |

In the interests of justice, the United States of America, through Assistant United States Attorneys Todd A. Pickles and Shelley D. Weger, hereby requests to dismiss Counts 1, 2, 4, and 5 of the Indictment.

Respectfully submitted,

DATED: October 31, 2016

PHILLIP A. TALBERT
United States Attorney

*/s/ Shelley D. Weger*
TODD A. PICKLES
SHELLEY D. WEGER
Assistant United States Attorneys

For the UNITED STATES OF AMERICA

REQUEST TO DISMISS COUNTS; ORDER

1

ORDER

This matter came before the Court on the United States' request to dismiss Counts 1, 2, 4, and 5 of the Indictment in the interests of justice. The Court hereby ORDERS that Counts 1, 2, 4, and 5 of the Indictment are DISMISSED.

IT IS SO ORDERED.

Dated: October 31, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE