Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DIANNA WOODS

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>DIANNA WOODS,<br><br>         Defendant. | Case No.: 2:12-CR-00330-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING AND TO RESET PSR DISCLOSURE SCHEDULE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Dianna Woods, that the current sentencing hearing date of February 27, 2017 is continued to March 27, 2017.  The parties also stipulate to the following PSR disclosure schedule:

| | |
|---|---|
| Judgement and sentencing date: | March 27, 2017 at 9:00 a.m. |
| Sentencing memoranda due: | March 20, 2017 |
| Formal objections due: | March 13, 2017 |
| Final PSR due: | March 6, 2017 |
| Informal objections due: | February 27, 2017 |
| Draft PSR due: | February 13, 2017 |

**1**
**Stipulation and [Proposed] Order to Continue Sentencing and Reset the PSR Disclosure Schedule**

The additional time is necessary to allow the defendant to complete the probation interview.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 20, 2017                         Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
DIANNA WOODS

Dated:  January 20, 2017                         BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  January 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**Stipulation and [Proposed] Order to Continue Sentencing and Reset the PSR Disclosure Schedule**