UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0330 WBS |
| Plaintiff, | **ORDER** |
| v. | |
| DIANNA WOODS, | |
| Defendant. | |

There being no objection by the government and GOOD CAUSE APPEARING, it is hereby ordered that Cathie Bodene transcribe the *in camera* proceedings held on August 29, 2016 before the undersigned, transmit a copy of the transcript under seal to the Court of Appeals, and provide a copy to appellate counsel Sandra Gillies upon the conditions set forth in the Declaration of Sandra Gillies herein.

IT IS SO ORDERED.

Dated:  May 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE