PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00330 WBS |
|---|---|
| Plaintiff, | REQUEST AND STIPULATION REGARDING SELF-SURRENDER (AMENDED); [~~PROPOSED~~] ORDER |
| v. | |
| DIANNA WOODS, | |
| Defendant. | |

**REQUEST AND STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Dianna Woods, by and through her counsel of record, hereby stipulate as follows:

1. By order of the Court, defendant was to surrender to the facility designated by the Bureau of Prisons or, if no such facility was designated to the United States Marshals Service, by Tuesday, June 13, 2017.

2. On June 13, 2017, the Ninth Circuit Court of Appeals denied defendant's motion to stay her sentencing pending appeal.

3. Counsel for Ms. Woods learned of the Court's ruling on the morning of June 14, 2017, and, thereafter, informed Ms. Woods's of the Court's decision. Ms. Woods has not yet surrendered to the Bureau of Prisons or the United States Marshals Service.

4. Ms. Woods requests additional time to prepare for self-surrender, up through July 5,

Stipulation for Date for Self-Surrender    1

2017.

5. Notwithstanding the United States's prior arguments regarding the jurisdictional limits of the District Court extending self-surrender dates beyond the date determined at the time of sentencing, the United States does not oppose Ms. Woods surrendering on or before Tuesday, June 20, 2017. The United States opposes any date beyond this date. Ms. Woods agrees to surrender by June 20, 2017.

6. Counsel for Ms. Woods avers that she has informed Ms. Woods that by she must self-surrender on June 20, 2017 or any other date set by the Court if the Court grants this request, but that Ms. Woods must immediately surrender if the Court denies this request. Counsel for Ms. Woods has further informed Ms. Woods that her failure to surrender on June 20, 2017 or another date set by the Court, if the Court grants the request, or immediately, if the request is denied, will result in additional federal charges.

7. Counsel further avers that she will provide a copy of this stipulation to Ms. Woods and will provide any order that is issued by this Court.

IT IS SO STIPULATED.

DATED: June 14, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
SHELLEY D. WEGER
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: June 14, 2017

*/s/ Todd A. Pickles for*
SANDRA GILLIES, ESQ.

For defendant DIANNA WOODS

**O R D E R**

For the reasons stated in the parties' stipulation and for good cause showing, the Court hereby GRANTS defendant Dianna Woods's request to extend the date for self-surrender. Accordingly, IT IS HEREBY ORDERED THAT defendant Dianna Woods shall surrender to the facility designated by the Bureau of Prisons on or before Tuesday, June 20, 2017 at 2:00 p.m., or if no facility is so designated, at the Office of the United States Marshals Service located at 501 I Street, 5th Floor, Sacramento, CA 95814. Defendant has previously been informed of the penalties for a failure to surrender on or before the date set, and those penalties apply to any failure to surrender on or before this new date.

IT IS SO ORDERED.

Dated: June 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE