PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-330 WBS |
|---|---|
| Plaintiff, | ORDER TO UNSEAL TRANSCRIPT |
| v. | |
| DIANNA WOODS, | |
| Defendant. | |

Upon application of the United States of America, there being no opposition, and good cause having been shown,

IT IS HEREBY ORDERED that the transcript of the August 29, 2016 in camera proceeding regarding defendant Woods' status of counsel in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: August 25, 2017

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE