UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANNA WOODS,<br><br>    Defendant. | No.  2:12-CR-0330 WBS<br><br>ORDER RE: MOTION FOR AMENDED SENTENCE |

----oo0oo----

Before the court is defendant's Motion for Amended Sentence filed August 22, 2018.  (Docket No. 216.)  The court has considered the motion and sees no reason to modify the sentence previously imposed.  The motion is therefore denied.

IT IS SO ORDERED.

Dated:  August 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1