HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
BRITTANY GAMELN
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
DIANNA WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0330-WBS |
| Plaintiff, | ORDER TERMINATING SUPERVISED RELEASE |
| v. | |
| DIANNA WOODS, | |
| Defendant. | |

There being no opposition, for the reasons set forth in defendant's motion (Docket No. 235), pursuant to 18 U.S.C §3583(e)(1), the term of supervised release imposed in this case is hereby TERMINATED, and defendant Dianna Woods is hereby discharged from supervision..

IT IS SO ORDERED.

Dated: March 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

*U.S. v DIANNA WOODS*